**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rodney Cornelius BROWN,**
**Defendant–Appellant.**

**No. 08–16519**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 11, 2009.

Judy K. Hunt, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Rodney Cornelius Brown, Coleman, FL, pro se

Before BLACK, BARKETT and HILL, Circuit Judges.

PER CURIAM:

Leonard E. Clark, appointed counsel for Rodney C. Brown in this appeal from the district court's denial of Brown's motion to reduce his sentence under 18 U.S.C. § 3582(c)(2), has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record re-

---

veals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of relief under § 3582(c)(2) is **AFFIRMED.**